AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Amalia Basurto, on behalf of herself and those similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>USA Princess Nails Inc. d/b/a Princess Nails and Doo Chun Park jointly and severally,<br><br>*Defendant(s)* | Civil Action No. 19-cv-00617 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USA Princess Nails Inc. d/b/a Princess Nails- 7325 AMBOY ROAD
STATEN ISLAND, NEW YORK, 10307

Doo Chun Park- 7325 AMBOY ROAD
STATEN ISLAND, NEW YORK, 10307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ria Julien, Esq.
Mirer Mazzocchi & Julien, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 2/1/2019                             /s/Priscilla Bowens
                                           *Signature of Clerk or Deputy Clerk*